# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No. 2:16-cv-02179-JAD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| D'ANDREA COMMUNITY ASSOCIATION, et al., | |
| Defendants. | |

Presently before the court is attorney Steven Loizzi's motion to withdraw as counsel for Alessi & Koenig, LLC (ECF No. 39), filed on August 23, 2018. The motion is unopposed. For good cause shown, the motion is GRANTED.

It appears that Alessi & Koenig, through the bankruptcy trustee and her attorney, does not intend to participate further in this case. *See* ECF No. 39 at 20-21 (correspondence related to other cases instructing that "defaults may be taken"). To the extent that is not true, a notice so indicating must be filed within 14 days. Otherwise, the parties may seek appropriate relief regarding Alessi & Koenig's non-participation.

IT IS SO ORDERED.

DATED: October 24, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE