MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass Through Certificates, Series 2006-AR2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR2,<br><br>Plaintiff,<br><br>vs.<br><br>D'ANDREA COMMUNITY ASSOCIATION; LVDG LLC SERIES 110; THUNDER PROPERTIES, INC. and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02179-JAD-DJA<br><br>**STIPULATION AND ORDER TO MOVE SETTLEMENT CONFERENCE DATE**<br><br>**(FIRST REQUEST)** |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass Through Certificates, Series 2006-AR2 (**BoNYM**) and defendants D'Andrea Community Association (**D'Andrea**), LVDG LLC Series 110 (**LVDG**) and Thunder Properties, Inc. (**Thunder**) respectfully submit this stipulation to vacate the current settlement conference setting on

50959296;1

1

December 16, 2019, including the settlement statement deadline of December 5, 2019, and continue the conference to the first available date convenient for the court.

**I.　CASE BACKGROUND.**

This dispute relates to an HOA foreclosure sale on property located at 2465 Tuscan Way, Sparks, Nevada 89434. BoNYM asserts that its deed of trust was not extinguished by the sale and seeks quiet title declaratory relief to that effect. LVDG and Thunder contend that the deed of trust was extinguished as a matter of law by the HOA foreclosure sale. Alternatively, LVDG and Thunder contend that the deed of trust was extinguished as a matter of law 10 years after the associated debt became fully due and owing pursuant to NRS 106.240.

The district court already heard summary judgment motions and oral argument. Following the summary judgment hearing, the court referred this case for a settlement conference, which is scheduled for December 16, 2019. Since then, counsel for BoNYM and LVDG/Thunder has been discussing the need for limited discovery on the issue of NRS 106.240, specifically, whether the mortgage loan was accelerated and/or decelerated. BoNYM agreed to disclose its loan file upon the issuance of a stipulated protective order, which was entered December 2, 2019. Counsel for LVDG/Thunder want to depose BoNYM.

Given the limited time before the upcoming settlement conference, BoNYM is unable to find a witness on such short notice. The parties proposed BoNYM's deposition occur December 16, 2019, the date of the settlement conference, given BoNYM has a witness available on that day. BoNYM confirmed the same witness could serve as BoNYM's Rule 30(b)(6) deponent, assuming LVDG/Thunder send proposed topics in time for the witness to prepare.

. . .
. . .
. . .
. . .
. . .
. . .
. . .

2

50959296;1

In an effort to accommodate LVDG/Thunder's request for deposition, the parties respectfully request the current settlement conference date of December 16, 2019, be rescheduled at a date and time convenient for the court.

DATED December <u>2nd</u>, 2019.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Donna M. Wittig* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for The Bank of New York Mellon* | */s/ Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br><br> *Attorneys for LVDG LLC Series 110 and Thunder Properties, Inc.* |
| **BOYACK ORME & ANTHONY** <br><br> */s/ Colli C. McKiever* <br> EDWARD D. BOYACK, ESQ. <br> Nevada Bar No. 5229 <br> COLLI C. MCKIEVER, ESQ. <br> Nevada Bar No. 13724 <br> 7432 West Sahara Avenue, Suite 101 <br> Las Vegas, Nevada 89117 <br><br> *Attorneys for D'Andrea Community Association* | |

**IT IS SO ORDERED.** The Court will enter a separate order resetting the settlement conference.

DATED this 4th day of December, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge

3

50959296;1